OPINION — AG — **** LIQUEFIED PETROLEUM GAS BOARD — APPLICANTS — EXAMINATION **** THE LIQUEFIED PETROLEUM GAS BOARD OR THE ADMINISTRATOR THEREOF CANNOT REQUIRE AN APPLICANT TO SUBMIT TO AND SUCCESSFULLY PASS BOTH WRITTEN AND ORAL EXAMINATIONS AS PREQUISITES TO APPROVAL OF HIS APPLICATION UNDER 52 O.S. 1968 Supp., 420.4 [52-420.4] CITE: 52 O.S. 1967 Supp., 420.4 [52-420.4](E) (DON TIMBERLAKE)